**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MEKHALA SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PADDY MURPHYS, INC. d/b/a ECSTASY THEATER; and OLIVIA T. NGUYEN,<br><br>　　　　Defendants. | Case No.: SACV 21-01903-CJC (JDEx)<br><br>JUDGMENT |

In accordance with the Court's March 23, 2023, Order, **IT IS HEREBY ORDERED** that, pursuant to the Settlement Agreement executed by the parties, Plaintiff Mekhala Smith is awarded $27,678.39 as well as $29,250 in attorneys' fees and $8,071.61 in costs, and final judgment is hereby entered in this action in accordance with the Settlement Agreement.

DATED:     March 24, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE